ACCEPTED
03-13-00018-CV
5508077
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 12:51:50 PM
JEFFREY D. KYLE
CLERK

Alfred Herrera*
Jim Boyle-Of Counsel*
Felipe Alonso III
Jason Wakefield

816 Congress Ave.

Suite. 1250

Austin, Texas 78701

512-474-1492 (p)

512-474-2507 (f)

www.herreraboylelaw.com

# HERRERA ◆ BOYLE PLLC

June 2, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 12:51:50 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:     Court of Appeals Number: 03-13-00018-CV
        Trial Court Case Number: D-1-GV-11-001240

Style: **Cause No. 03-13-00018-CV**; *Appellants, The State of Texas, Atmos Texas Municipalities, City of Dallas, and Atmos Cities Steering Committee v. Appellees, Railroad Commission of Texas and Atmos Pipeline-Texas*

Dear Mr. Kyle:

     Please remove Felipe Alonso III from your service list and update the service list with the following information for the above-styled case:

> Alfred R. Herrera
> aherrera@herreraboylelaw.com
> Jason Wakefield
> jwakefield@herreraboylelaw.com
> HERRERA & BOYLE, PLLC
> 816 Congress Avenue, Suite 1250
> Austin, Texas 78701
> (512) 474-1492 Telephone
> (512) 474-2507 Fax

Thank you for your assistance in this matter.

Sincerely,

/s/ Alfred R. Herrera
Alfred R. Herrera

*Board Certified in
Administrative Law
by the Texas Board of
Legal Specialization

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Letter was served upon all parties listed below in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas Rules of Appellate Procedure on this the 2nd day of June, 2015.

By: /s/Alfred R. Herrera
Alfred R. Herrera

## LIST OF PARTIES

### PARTIES AND ATTORNEYS FOR
### NO. 03-13-00018-CV

ATMOS PIPELINE TEXAS
Ann Marie Coffin
Julie C. Parsley
Parsley Coffin Renner LLP
P.O. Box 13366
Austin, TX 78711-3366

ATMOS CITIES STEERING COMMITTEE
Geoffrey M. Gay
Georgia N. Crump
Eileen McPhee
Lloyd, Gosselink, Rochelle, & Townsend, P.C.
816 Congress Avenue, Suite 1900
Austin, Texas 78701

STATE OF TEXAS
Bryan L. Baker
Susan M. Kelley
Consumer Protection & Public Health Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

RAILROAD COMMISSION OF TEXAS
Douglas Fraser
Assistant Attorney General
Kellie E. Billings
Assistant Attorney General
Environmental Protection Division
P.O. Box 12548, MC-018
Austin, TX 78711-2548

CITY OF DALLAS
Norman J. Gordon
Mounce, Green, Myers, Safi, Paxson & Galatzan, PC
P.O. Box 1977
El Paso, TX 79901

CITY OF DALLAS
Peter B. Haskel
Don Knight
Assistant City Attorneys
City Attorney's Office
Dallas City Hall, Room 7B North
1500 Marilla
Dallas, Texas 75201